UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HOWARD SMITH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-2014-RLY-TAB |
| | ) | |
| DEPARTMENT OF METROPOLITAN | ) | |
| DEVELOPMENT and INDIANAPOLIS | ) | |
| HISTORICAL PRESERVATION | ) | |
| COMMISSION, | ) | |
| Defendants. | ) | |

# FINAL JUDGMENT

Comes now the court, having this day **granted** Defendants' Motion for Summary Judgment, and enters final judgment in its favor, and against the Plaintiff herein, Howard Smith.

**So ordered** this 26th day of October 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

Lakshmi Devi Hasanadka
CORPORATION COUNSEL
lhasanad@indygov.org

Jeffrey S. McQuary
BROWN TOMPKINS LORY
jmcquary@brown-tompkins-lory.com

Gregory A. Stowers
STOWERS & WEDDLE PC
gstowers@swh-law.com